# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00394-CV

_____

### LUIS R. GRANADOS, Appellant

### V.

### DAVID VOGT, Appellee

_____

### On Appeal from the 410th District Court
### Montgomery County, Texas
### Trial Cause No. 16-12-14151-CV

_____

### MEMORANDUM OPINION

Luis R. Granados appealed from a judgment signed September 22, 2017. The trial court denied Granados's claim of indigence in a written order. Granados did not challenge the order within ten days of the date it was signed. *See* Tex. R. Civ. P. 145(g)(2). The clerk responsible for preparing the record in this appeal informed the court that Granados did not arrange to pay for the record. *See* Tex. R. App. P. 35.3(a).

On February 21, 2018, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay or, to arrange to pay the District

Clerk's fee for preparing the clerk's record. Further, the notice warned Granados that the appeal would be dismissed for want of prosecution unless a response was filed by March 8, 2018. No response has been filed.

There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on March 28, 2018
Opinion Delivered March 29, 2018

Before Kreger, Horton, and Johnson, JJ.

2